**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 02-1524

KHOSROW MOGHADAM,

Plaintiff - Appellant,

versus

SAFEWAY, INCORPORATED,

Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Leonie M. Brinkema, District Judge. (CA-02-185-A)

Submitted: December 16, 2002        Decided: December 19, 2002

Before LUTTIG, MICHAEL, and MOTZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Khosrow Moghadam, Appellant Pro Se. Margarita D. Santos, LITTLER MENDELSON, Washington, D.C., for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Khosrow Moghadam appeals the district court's judgment granting Safeway, Incorporated's motion to dismiss and dismissing the complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Moghadam v. Safeway, Inc., No. CA-02-185-A (E.D. Va. filed Apr. 16, 2002; entered Apr. 17, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED